```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.        Criminal Case No. 11-50047

JOSE SANCHEZ-HERNANDEZ                                      DEFENDANT

### O R D E R

Now on this 23rd day of May, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #17) and **Waiver Of Objections To Report And Recommendation** (document #16), and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted.  Accordingly, the Court accepts defendant's plea of guilty to the one-count Indictment, and tentatively approves the written Plea Agreement, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE